Opinion filed August 21, 2025



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00153-CR
_____

### THE STATE OF TEXAS, Appellant

### V.

### YOHANCE GERAY DEARY, Appellee

**On Appeal from the County Court at Law No. 2**
**Ector County, Texas**
**Trial Court Cause No. 22-0396-CCL2**

## M E M O R A N D U M   O P I N I O N

On June 3, 2025, the State filed a notice of appeal from the trial court's order granting Yohance Geray Deary's motion to set aside the information. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(a)(1) (West 2018). The State has filed a motion to dismiss the appeal pursuant to Rule 42.2(a) of the Texas Rules of Appellant Procedure. TEX. R. APP. P. 42.2(a). The motion is signed by the Ector County District Attorney and an assistant district attorney.

We grant the State's motion and dismiss this appeal.  The stay previously issued by this court is vacated.


W. STACY TROTTER

JUSTICE


August 21, 2025

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.